# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN L. FIELDS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VOSS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00595-AWI-GSA PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Allen L. Fields ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 18, 2007. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA") for infringement on Plaintiff's exercise of sincerely held religious beliefs against Defendants: W.T. Voss, Executive Director Coaling State Hospital; Patrick Daley, Chief of Central Program Services; Mae O'Brien, Director of Dietetic Services; Linda Clark, Asst. Chief of Program Services; and Cindy Maynard, Dietician. 42 U.S.C. § 2000cc-1. Warsoldier v. Woodford, 418 F.3d 989, 994-95 (9th Cir. 2005).

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    W.T. VOSS, Executive Director Coaling State Hospital;

    PATRICK DALEY, Chief of Central Program Services;

    MAE O'BRIEN, Director of Dietetic Services;

1

      LINDA CLARK, Asst. Chief of Program Services; and

      CINDY MAYNARD, Dietician.

2.  The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed April 18, 2007.

3.  Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

  a. Completed summons;

  b. One completed USM-285 form for each defendant listed above; and

  c. Six (6) copies of the endorsed amended complaint filed April 18, 2007.

4.  Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.  <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**  **November 19, 2008**      /s/ **Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE