# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN L. FIELDS, | 1:07-cv-00595-AWI-GSA-PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY DEFENDANT VOSS SHOULD NOT BE DISMISSED FROM THIS ACTION |
| v. | |
| VOSS, et al., | RESPONSE FROM PLAINTIFF DUE IN THIRTY DAYS |
| Defendants. | |
| _____/ | |

Allen L. Fields ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.   Plaintiff initiated this action on April 18, 2007.  (Doc. 1.)

On November 19, 2008, the court issued an order finding service of the complaint appropriate for defendants W. T. Voss, Patrick Daley, Mae O'Brien, Linda Clark, and Cindy Maynard, and forwarded documents to plaintiff with instructions to complete and return them to the court for service of process.  (Doc. 13.)  On December 12, 2008, the court ordered the United States Marshal to initiate service of process upon defendants.  (Doc. 15.)

On May 1, 2009, waivers of service were filed on behalf of defendants O'Brien, Daley, Clark, and Maynard.  (Docs. 18, 19, 20, 21.)  On May 15, 2009, the Marshal filed notice of service unexecuted upon defendant Voss, with the notation that personal service at the address provided by plaintiff was unsuccessful, and the Litigations Coordinator at Coalinga State Hospital has no forwarding address for W.T. Voss.  (Doc. 22.)

Due to the unsuccessful service upon defendant Voss, plaintiff shall be ordered to show cause why defendant Voss should not be dismissed from this action. Within thirty days, plaintiff shall file a written response with the court explaining why defendant Voss should not be dismissed. In the alternative, plaintiff may file a non-opposition to the dismissal of defendant Voss.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, plaintiff shall file a written response showing cause why defendant W. T. Voss should not be dismissed from this action;

2. In the alternative, plaintiff may file a written non-opposition to the dismissal of defendant W. T. Voss; and

3. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.


IT IS SO ORDERED.

Dated:      May 29, 2009                              /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE