IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN L. FIELDS, | 1:07-cv-00595-AWI-GSA-PC |
| Plaintiff, | ORDER FOR DEFENDANTS DALEY, O'BRIEN, AND MAYNARD TO FILE ANSWER TO COMPLAINT |
| vs. | |
| W. T. VOSS, et al., | THIRTY DAY DEADLINE |
| Defendants. | |
| _____/ | |

Allen L. Fields ("plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint on April 18, 2007. (Doc. 1.) This action now proceeds against defendants Patrick Daley, Mae O'Brien, and Cindy Maynard, on plaintiff's claim that they violated his rights under the Religious Land Use and Institutionalized Persons Act of 2000.[1]

At this stage of the proceedings, defendants shall be required to file an answer to the complaint. Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of service of this order, Defendants Daley, O'Brien, and Maynard shall file an answer to the complaint filed by plaintiff on April 18, 2007.

IT IS SO ORDERED.

Dated:   May 7, 2010                      /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] On March 22, 2010, the court granted in part and denied in part defendants' motion to dismiss. (Doc. 30.) The court dismissed the claims against defendants Linda Clark and W.T. Voss, based on plaintiff's failure to state a claim against them, with leave to amend the complaint within thirty days. Id. The thirty-day time period has expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Therefore, this action now proceeds on the original complaint filed by plaintiff on April 18, 2007, against only defendants Daley, O'Brien, and Maynard.