**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN L. FIELDS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>W.T. VOSS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00595-AWI-GSA (PC)<br><br>**ORDER GRANTING LEAVE TO<br>RE-NEW MOTION TO DISMISS** |

　　　　In light of the recent decision by the Ninth Circuit in *Holley v. CDC*, 559 F.3d 1108, (9th Cir. 2010) Defendants are granted leave to re-new their motion to dismiss.

　　　　If Defendants choose to re-new their motion to dismiss, they must notify the Court of their intention to do so on or before May 26, 2010 such that Defendants Daley, O'Brien, and Maynard may be relieved of the May 7, 2010 Order requiring an answer to the Complaint.

　　　　If Defendants choose to re-new their motion to dismiss, any such motion must be filed on or before June 18, 2010.  If Plaintiff chooses to file an opposition, any such opposition must be filed on or before July 30, 2010.  If Defendants choose to file a reply, any such reply must be filed on or before August 20, 2010.

　　　　The Clerk of the Court is ordered to forward Plaintiff a copy of *Holley v. CDC*, 559 F.3d 1108, (9th Cir. 2010).

　　　　IT IS SO ORDERED.

| | |
|---|---|
| Dated:  May 12, 2010 | /s/ Gary S. Austin |
| | UNITED STATES MAGISTRATE JUDGE |