# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN L. FIELDS, | 1:07-cv-00595-AWI-GSA-PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' RENEWED MOTION TO DISMISS WITHIN THIRTY DAYS |
| v. | |
| W.T. VOSS, et al., | |
| Defendants. | (Doc. 33.) |

On June 18, 2010, defendants Daley, O'Brien, Clark, and Maynard ("Defendants") filed a renewed motion to dismiss. (Doc. 33.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(l).

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendants' motion to dismiss. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:  September 2, 2010          /s/ Gary S. Austin
                            UNITED STATES MAGISTRATE JUDGE